UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **JASON EDWARD HUTCHISON** | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:13-0033 |
| | ) | Judge Sharp/Knowles |
| **PUTNAM COUNTY COURT SHERIFF** | ) | |
| **DEPT., ET AL.** | ) | |

**O R D E R**

By Order entered on the docket on July 11, 2013 (Docket No. 14) by the Honorable Kevin H. Sharp, Plaintiff was granted permission to file an amended complaint in this action to substitute named defendants for "John Doe". Therefore, the deadline for Plaintiff to serve limited discovery to ascertain the identities of the John Doe defendants is September 30, 2013. Plaintiff shall file his amended complaint with the identities of the John Doe defendants on or before October 30, 2013.

Upon the filing of the amended complaint, the Clerk is directed to send the plaintiff a service packet [a blank summons and USM-285 form] for each named defendant. The Plaintiff shall complete the service packets and return it to the Clerk's Office within twenty (20) days of the receipt of this Order. Once the service packets have been returned to the Clerk's Office, process shall issue. The Plaintiff is forewarned that failure to return the completed service packets within the time required could jeopardize his prosecution of this action. He is also forewarned

that his prosecution of this action will be jeopardized should he fail to keep the Clerk's Office informed of his current address.

Upon completion of service of process, an appropriate scheduling order will be entered for the progression of this case.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge