UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **JASON EDWARD HUTCHISON** ) | |
| ) | |
| v. ) | Civil Action No. 2:13-0033 |
| ) | Judge Sharp/Knowles |
| **PUTNAM COUNTY COURT SHERIFF'S** ) | |
| **DEPT., et al.** ) | |

## REPORT AND RECOMMENDATION

The undersigned previously entered an Order on August 27, 2013 (Docket Entry No. 17), requiring Plaintiff to file an Amended Complaint with the identities of the John Doe defendants on or before October 30, 2013.

As of the date of the filing of this Report and Recommendation, Plaintiff has failed to comply with the Court's previous Order. The Court also notes that the Order entered on August 27, 2013 (Docket Entry No. 17), has been returned to the Clerk's Office from two different addresses as "Attempted - Not Known" and "Unclaimed - person not there". Docket Nos. 19 and 22. Therefore, the undersigned recommends that this action be dismissed without prejudice for lack of prosecution.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any

objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied,* 474 U.S. 111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

E. CLIFTON KNOWLES
United States Magistrate Judge