UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JASON EDWARD HUTCHISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:13-cv-0033 |
| v. ) | |
| ) | Judge Sharp |
| PUTNAM COUNTY COURT ) | Magistrate Judge Knowles |
| SHERIFF'S DEPT., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, recommending that this action be dismissed without prejudice. Specifically, the R & R provides,

> The undersigned previously entered an Order on August 27, 2013 (Docket Entry No. 17), requiring Plaintiff to file an Amended Complaint with the identities of the John Doe defendants on or before October 30, 2013.
>
> As of the date of the filing of this Report and Recommendation, Plaintiff has failed to comply with the Court's previous Order. The Court also notes that the Order entered on August 27, 2013 (Docket Entry No. 17), has been returned to the Clerk's Office from two different addresses as "Attempted – Not Known" and "Unclaimed – person not there". Docket Nos. 19 and 22. Therefore, the undersigned recommends that this action be dismissed without prejudice for lack of prosecution.

(Docket Entry No. 23). No objections were made to the R & R.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b). Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R.

1

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 23) is hereby ACCEPTED and APPROVED; and

(2) Plaintiff Jason Edward Hutchison's Complaint is hereby DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

**It is SO ORDERED.**

*/s/ Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE